**Order filed July 28, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00492-CV
_____

## IN RE SANNAURU FAMILY LIMITED PARTNERSHIP, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-11828-I**

---

## ABATEMENT ORDER

On June 21, 2016, relator Sannauru Family Limited Partnership filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004). In the petition, relator requested that this court compel the Honorable Erin Lunceford, Judge of the 61st District Court, Harris County, Texas, to set aside her May 18, 2016 order denying relator's motion to dissolve writ of garnishment, and dissolve the writ of garnishment in trial court cause number 2016-11828-I, styled *Suncoast Post-Tension, Ltd. v. Peter Scoppa, et al.*

On July 21, 2016, relator and real party in interest Suncoast Post-Tension, Ltd.

filed a joint motion to abate this original proceeding for sixty days to allow the parties to complete settlement contingencies. The joint motion to abate is **GRANTED**. Accordingly, we issue the following order:

The original proceeding is abated for a period of sixty days from the date of this order, at which time relator and real party in interest are directed to advise the court of the status of the case. The original proceeding is treated as a closed case, and removed from this court's active docket. The original proceeding will be reinstated on this court's active docket when the parties file a motion to dismiss the original proceeding or other dispositive motion. This court will also consider an appropriate motion to reinstate the original proceeding, or the court may reinstate the original proceeding on its own motion.

It is so ORDERED.

PER CURIAM